USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/14/2016__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
:
Plaintiff,  :
:
-against-  :  16-CV-4103 (VEC)
:
HAENA PARK,  :
:
Defendant.  :
------------------------------------------------------------:
U.S. COMMODITY FUTURES TRADING  :
COMMISSION,  :
:
Plaintiff,  :
:
-against-  :  16-CV-4120 (VEC)
:
HAENA PARK, YUL KASEMAN, PHAETRA  :
CAPITAL GP LLC a/k/a ARGENTA CAPITAL  :
GROUP LLC, PHAETRA CAPITAL  :
MANAGEMENT LP a/k/a ARGENTA  :
CAPITAL LLC, and ARGENTA GROUP LLC,  :
:
Defendants.  :
------------------------------------------------------------X

## NOTICE OF INITIAL PRETRIAL CONFERENCE

VALERIE CAPRONI, United States District Judge:

WHEREAS the above captioned cases have been assigned to the Undersigned and designated as related;

IT IS HEREBY ORDERED that counsel for all parties are directed to appear before the Undersigned for an Initial Pretrial Conference ("IPTC") in accordance with Rule 16 of the Federal Rules of Civil Procedure on **July 22, 2016, at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

1. Pursuant to section 1.C of the Court's Individual Practices in Civil Cases, requests for adjournment of the IPTC or any other conference must be made in writing at least 48 hours prior to the scheduled conference. The request must state (1) the reason for the proposed adjournment; (2) the original date of the conference; (3) the number of previous requests for adjournment; (4) whether the other party or parties consent and, if not, the reason given for refusing consent; and (5) proposed alternative dates. Parties may not request an adjournment of the IPTC on the ground that one or more Defendants have not been served or answered prior to the scheduled IPTC.

2. The parties are directed to submit a joint letter of no more than five pages by **July 15, 2016,** addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter jurisdiction; and (4) the prospect for settlement.

3. The parties are directed to consult the undersigned's Individual Practices in Civil Cases and to confer on a Civil Case Management Plan and Scheduling Order. The Individual Practices and Civil Case Management Plan may be found on the Court's website: http://nysd.uscourts.gov/judges/Caproni. The parties must also submit the jointly proposed Plan to the Court by **July 15, 2016**.

4. By the date of the IPTC, counsel for all parties are required to register as filing users in accordance with the Procedures of Electronic Case Filing and file a Notice of Appearance.

5. Plaintiff's counsel is responsible for distributing copies of this Notice to the Defendants.

**SO ORDERED.**

**Date: June 14, 2016
New York, New York**

**VALERIE CAPRONI
United States District Judge**