**MEMO ENDORSED**

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET
ROOM 400
NEW YORK, NY 10281-1022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/11/2017_

May 10, 2017

<u>By ECF</u>
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, N.Y. 10007

      Re:    *SEC v. Park*, 16 Civ. 4103 (VEC) (S.D.N.Y.)
             *CFTC v. Park*, 16 Civ. 4120 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

      We represent the Securities and Exchange Commission and the Commodity Futures Trading Commission in the above-captioned cases. This is to update the Court regarding the status of proceedings in the parallel criminal case, *United States v. Park,* 16 Cr. 473 (RA) (S.D.N.Y.). On May 8, 2017, the Court in that case rescheduled defendant Haena Park's sentencing to July 11, 2017.

                                Respectfully submitted,

/s/
Jack Kaufman, Esq.
Senior Trial Counsel
Division of Enforcement
Securities and Exchange Commission

/s/
Greta G. Gao, Esq.
Division of Enforcement
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

The parties are directed to submit a joint status report to the Court within one week of sentencing in Ms. Park's criminal case.
SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

5/11/2017