**MEMO ENDORSED**

November 9, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2017
```

Via ECF

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   CFTC v. Park, Kaseman et al. 16 Civ. 4120 (VEC)

Dear Judge Caproni:

With the consent of plaintiffs CFTC, I write to request an adjournment of the date by which I must answer or otherwise respond to the above-referenced complaint. The deadline currently is November 17, 2017. I am currently in settlement discussions with the CFTC and the parties request 30 additional days (until December 18, 2017) to see if we can reach a disposition.

I previously have made one request for an adjournment that the Court granted.

Respectfully submitted,

/s/ Haena Park

Haena Park

cc: Luke Marsh and Greta Gao, CFTC (via ECF)

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

11/9/2017