

**U.S. COMMODITY FUTURES TRADING COMMISSION**

140 Broadway - 19th Floor        1155 21st St., NW
New York, NY 10005               Washington, DC 20581
Telephone: (646) 746-9700        Telephone: (202) 418-5420
Facsimile: (646) 746-9938        Facsimile: (202) 418-5523
                www.cftc.gov

Division
Of
Enforcement

April 3, 2018

BY ECF
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, N.Y. 10007

   Re: *CFTC v. Park et al.*, No. 16-cv-4120 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

   Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") and defendant Yul Kaseman respectfully submit this joint letter. We previously advised the Court that the CFTC staff and Ms. Kaseman have reached a settlement agreement-in-principle regarding all claims against Ms. Kaseman in *CFTC v. Park et al*, subject to Commission authorization and Court approval. A proposed settlement regarding Ms. Kaseman is currently circulating before members of the Commission. We anticipate that the Commission will be able to come to a resolution regarding the proposed settlement by April 20, 2018.

   Accordingly, Ms. Kaseman and the CFTC respectfully request that the Court grant an extension of 20 days to the April 2, 2018 deadline stated in the Court's February 5, 2018 Order (ECF No.49). This is Ms. Kaseman's fifth request, and the CFTC's third request, for an extension of the deadlines. The undersigned parties do not anticipate requesting any additional extensions.

                    Respectfully submitted,

                    /s/ Greta G. Gao
                    Greta G. Gao
                    Luke B. Marsh
                    Division of Enforcement
                    Commodity Futures Trading Commission

                    /s/ Yul Kaseman
                    Yul Kaseman, *pro se* defendant