

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W., Washington, D.C. 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5523
*www.cftc.gov*

Division of Enforcement

GRETA G. GAO
TRIAL ATTORNEY
(202) 418-5095 DIRECT
ggao@cftc.gov

April 9, 2018

By ECF

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, N.Y. 10007

    Re: *CFTC v. Park et al.*, No. 16-cv-4120 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

    After filing the CFTC's Reply Brief in Support of Motion for Supplemental Order of Statutory and Equitable Relief Against Haena Park, Phaetra Capital GP LLC, Phaetra Capital Management LP, and Argenta Group LLC earlier this evening, we discovered that we had inadvertently omitted a Certificate of Service and the signature page.  Accordingly, we now submit a corrected version of the same Reply Brief.

    Respectfully submitted,

    /s/ Greta G. Gao
    Greta G. Gao
    Luke B. Marsh
    Division of Enforcement
    Commodity Futures Trading Commission
    1155 21st Street, NW
    Washington, DC 20581