

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5320
Facsimile: (202) 418-5523

Division of
Enforcement

GRETA G. GAO
TRIAL ATTORNEY
(202) 418-5095
(202) 418-5523 (Fax)
ggao@cftc.gov

April 20, 2018

BY ECF
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, N.Y. 10007

Re: *CFTC v. Park et al.*, No. 16-cv-4120 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

Plaintiff Commodity Futures Trading Commission ("Commission") writes to advise the Court that the Commission has reached a settlement agreement, subject to Court approval, with defendant Yul Kaseman. Enclosed is a proposed Consent Order, executed by Kaseman, for the Court's review and consideration. The proposed Consent Order would, among other things:

(1) permanently enjoin Kaseman from future violations of the Commodity Exchange Act and Commission Regulations as charged in the Commission's Complaint in this case (ECF No. 1);

(2) impose on Kaseman a five-year trading and registration ban in the markets supervised by the Commission; and

(3) order Kaseman to pay $75,000.00 in civil monetary penalty, and post-judgment interest.

The proposed Consent Order would resolve all of the Commission's claims against Kaseman in this case. Accordingly, we respectfully request that the Court approve and enter the enclosed proposed Consent Order.

Respectfully submitted,

/s/ Greta G. Gao
Greta G. Gao
Luke B. Marsh
Division of Enforcement
Commodity Futures Trading Commission

Cc:
*Yul Kaseman* (via E-mail at yulkaseman@gmail.com and UPS Overnight)